IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PATRICK S. CONNELLY, | Civil Action No. 11-851 |
| Plaintiff, | |
| vs. | JURY TRIAL DEMANDED |
| THE STEEL VALLEY SCHOOL DISTRICT, | |
| Defendant. | |

## ORDER

AND NOW, this 8th day of Sept, 2011, upon consideration of the foregoing Defendant's Motion for Leave to Permit Insurance Representative to Participate in Early Neutral Evaluation Conference by Telephone, it is hereby ORDERED, ADJUDGED and DECREED that said Motion is GRANTED and the Insurance Representative is permitted to participate in the Early Neutral Evaluation conference via telephone.

BY THE COURT:

_____, C.J.

1