**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| PATRICK S. CONNELLY, | : | Civil Action No. 11-851 |
| | : | |
| Plaintiff, | : | |
| vs. | : | JURY TRIAL DEMANDED |
| | : | |
| THE STEEL VALLEY SCHOOL | : | |
| DISTRICT, | : | |
| | : | |
| Defendant. | : | |

**ORDER**

AND NOW, this _____ day of _____, 2011, upon consideration

of the foregoing Defendant's Motion for Leave to Permit Insurance Representative to Participate

in Early Neutral Evaluation Conference by Telephone, it is hereby ORDERED, ADJUDGED

and DECREED that said Motion is GRANTED and the Insurance Representative is permitted to

participate in the Early Neutral Evaluation conference via telephone.

BY THE COURT:

_____,C.J.

1